# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARTHUR PACE, Jr., <br> **Plaintiff,** <br><br> v. <br><br> **WAL-MART STORES EAST, LP,** <br> **Defendant.** | CIVIL ACTION <br><br> NO. 17-1829 |

## ORDER RE: MOTION FOR SUMMARY JUDGMENT

**AND NOW**, this 18th day of September, 2018, for the reasons stated in the foregoing Memorandum, the Motion for Summary Judgement of Defendant Wal-Mart Stores East LP (ECF 6) is hereby granted, and the Complaint is **DISMISSED**, with prejudice.

Plaintiff's motion to compel documents (ECF 34) is **DENIED** and Defendant's motion for protective order (ECF 35) is **DENIED** as **MOOT**.

The Clerk shall close the case.

**BY THE COURT:**

/s/ Michael M. Baylson

_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 17\17-1829 Pace v Walmart\17cv1829 Order re MSJ.doc